## ATTACHMENT A

## STIPULATION OF FACTS

The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.

At all times relevant to the Indictment, the Defendant **SHANNON K. MCGROGAN-TWINE** ("**MCGROGAN-TWINE**") was a resident of Maryland. From in or about May 2015 to in or about June 2017, **MCGROGAN-TWINE** was an employee of Company A, which was a dry-cleaning company located in Chevy Chase, Maryland. As part of her duties as office administrator and bookkeeper at Company A, **MCGROGAN-TWINE** was responsible for Company A's payroll and had access to Company A's bank accounts.

Between at least in or about October 2015 and in or about June 2017, **MCGROGAN-TWINE** devised a scheme and artifice to defraud Company A, and obtain money from Company A by means of materially false and fraudulent pretenses, representations, and promises, with intent to defraud and knowledge of the scheme's fraudulent nature. **MCGROGAN-TWINE** fraudulently obtained money from Company A in three different ways.

First, **MCGROGAN-TWINE**, without authorization, fraudulently wrote checks from Company A's bank account to employees of Company A. **MCGROGAN-TWINE** then fraudulently placed the owner of Company A's signature on the fraudulently issued checks using a stamp. **MCGROGAN-TWINE** fraudulently endorsed the checks, sometimes by forging employees' signatures, and deposited the checks into bank accounts under her custody and control. **MCGROGAN-TWINE** deposited at least approximately 552 checks, totaling approximately $655,563.92. *

Second, **MCGROGAN-TWINE** without authorization, stole checks made out to Company A. These checks included checks from customers of Company A, as well as a tax refund check from the United States Department of Treasury. **MCGROGAN-TWINE** fraudulently endorsed the checks, sometimes by forging the owner of Company A's signature, and deposited the checks into bank accounts under her custody and control. **MCGROGAN-TWINE** deposited at least approximately 23 checks, totaling approximately $53,535.21.

Third, **MCGROGAN-TWINE** without authorization, posted fraudulent chargebacks (refunds) to her personal credit card or credit cards belonging to her relatives, from a credit card account held by Company A. **MCGROGAN-TWINE** thereby caused refunds (credits) to her personal credit card account and charges (debits) to Company A's credit card account. **MCGROGAN-TWINE** caused at least approximately 67 credit card chargebacks, totaling approximately $70,672.27.

The total amount of intended loss resulting from and reasonably foreseeable to **MCGROGAN-TWINE**'s conduct was at least **$779,771.40**.

\* \* \*

\* For example, on or about November 24, 2015, MCGROGAN-TWINE fraudulently deposited a $2,648.73 check from Company A's bank account to MCGROGAN-TWINE's bank account, which caused wire communications from Maryland to a computer server outside Maryland.

SO STIPULATED:

_____
Nicolas A. Mitchell
Assistant United States Attorney

_____
Shannon K. McGrogan-Twine
Defendant

_____
Julie L.B. Stelzig, Esq.
Counsel for Defendant